**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2050**

_____

NICOLLE L. CONYERS,

> Plaintiff - Appellant,

> v.

VIRGINIA HOUSING DEVELOPMENT AUTHORITY; BARBARA BLANKENSHIP;
CHRIS CAVANAUGH; MARK MCBRIDE,

> Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:15-cv-00297-HEH)

_____

Submitted: January 14, 2016          Decided: January 19, 2016

_____

Before AGEE, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nicolle Conyers, Appellant Pro Se.  Emily Rebecca Gantt,
MCGUIREWOODS, LLP, Norfolk, Virginia, Summer Speight,
MCGUIREWOODS, LLP, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicolle Conyers appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Conyers v. Va. Hous. Dev. Auth., No. 3:15-cv-00297-HEH (E.D. Va. Aug. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED